**ATTACHMENT B-1**

**Particular Things to be Seized**

### I.    Search Procedure

1.  Within fourteen days of the search warrant's issue, the warrant will be served on Apple personnel, who will identify the accounts and files to be searched, as described in Section II below.

2.  Apple will then create an exact electronic duplicate of these accounts and files ("the account duplicate").

3.  Apple will provide the account duplicate to law enforcement personnel.

4.  Law enforcement personnel will then search the account duplicate for the records and data to be seized, which are described in Section III below.

5.  Law enforcement personnel may review the account duplicate, even if Apple produced it after fourteen days from the warrant's issue, subject to the following limitations.  If Apple provided data that was created after fourteen days from the warrant's issue ("late created data"), law enforcement personnel may view all late-created data that was created by Apple, including subscriber, IP address, logging, and other transactional data, without a further order of the Court.  Law enforcement personnel will seek to avoid reviewing any late-created data that was created by or received by the account-holder(s), such as iMessages, absent a follow-up warrant.

6.  Law enforcement personnel is authorized to retain the account duplicate until the completion of its investigation or the completion of any trial, appeal, or collateral proceeding involving the records and data seized (as described in Section III below), after which time law enforcement personnel will dispose of the account duplicate consistent with the agency's evidence disposal policy.

### II.    Accounts and Files to be Copied by Apple

1.  All data files associated with the Target Account designated in Attachment A, including, without limitation:

    a.  The contents of all iMessages, whether draft, deleted, sent, or received;

    b.  The contents of all e-mail, text, or instant messages;

    c.  The contents of all electronic data files, whether word-processing, spreadsheet, image, video, or any other content;

    d.  Location information;

    e.  Internet browser history;

    f.  The contents of all calendar data;

2. All subscriber and transactional records for the Target Account and any associated accounts, including:

    a.  Subscriber information:

        1.  Name(s) and account identifiers;

        2.  Address(es);

        3.  Records of session times and durations;

        4.  Length of service (including start date) and types of service utilized;

        5.  Telephone instrument number of other subscriber number or identity, including any temporary assigned network address;

        6.  The means and source of payment for such service (including any credit card or bank account number); and

        7.  The Internet Protocol address used by the subscriber to register the account or otherwise initiate service.

    b.  User connection logs for any connections to or from these and any associated email accounts, including:

        1.  Connection time and date;

        2.  Disconnect time and date;

        3.  The IP address that was used when the user connected to the service;

        4.  Source and destination of any email messages sent from or received by the account, and the date, time, and length of the message; and

        5.  Any address to which email was or is to be forwarded from the account or email address.

**III.    Records and Data to be Searched and Seized by Law Enforcement Personnel**

1. All records that constitute evidence or instrumentalities of violations of 18 U.S.C. §875(c), from January 1, 2026 to the present, including:

    a.  Threats of violence or physical harm;

    b.  The use of anonymized email accounts or addresses or other anonymized messaging platforms;

    c.  Alexis Wilkins;

    d.  Kash Patel;

    e.  Other political figures

    f.  Online credentials, including usernames and passwords;

    g.  Credit and debit card information;

    h.  The identity of the person or persons who have owned or operated the electronic account designated in Attachment A-1 or any associated accounts;

    i.  The existence and identity of any co-conspirators;

    j.  The travel or whereabouts of the person or persons who have owned or operated the electronic account designated in Attachment A-1 or any associated electronic accounts;

    k.  The identity, location, and ownership of any computers used to access the electronic account designated in Attachment A-1; and

    l.  Other email or internet accounts providing internet access or remote data storage.